IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR31

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| OMAR CARLOS GARCIA BOBADILLA | ) | |

**THIS MATTER** is before the Court on Defendant's appeal of his conviction and sentence entered by the Magistrate Judge on February 26, 2008. *See Judgment in a Criminal Case, filed February 29, 2008.*

**IT IS, THEREFORE, ORDERED** that the Defendant shall file brief on appeal on or before 30 days from service of this Order and the Government shall file a brief in response thereto on or before 30 days after service of the Defendant's brief.

Signed: March 7, 2008

Lacy H. Thornburg
United States District Judge